**Order entered September 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00380-CV

**RICHARD A. MYERS, ET AL., Appellants**

**V.**

**LINDA PAVLIK, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13928**

## ORDER

We **GRANT** appellants' August 28, 2013 unopposed motion for an extension of time to file a reply brief. Appellants shall file their reply brief on or before September 18, 2013.

/s/     DAVID LEWIS
          JUSTICE